IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DARLA SPIES,<br><br>Plaintiff,<br><br>vs.<br><br>DIALYSIS CLINIC INC.,<br><br>Defendant. | CV 26-121-M-KLD<br><br>ORDER |

Plaintiff Darla Spies has filed an unopposed motion (Doc. 24) for leave to seal her preliminary pretrial statement (Doc. 18). Spies contends that the inclusion of the unredacted document in the public record is not appropriate given the protected health information it contains, which relates to the provision of health care to certain individuals and could be used to identify them. *See* 45 C.F.R. § 160.103. The motion complies with L.R. 5.2 and attaches a proposed redacted version of the preliminary pretrial statement that may be made available to the public. *See Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). Accordingly, and good cause appearing,

//

//

//

IT IS ORDERED that Plaintiff's motion (Doc. 24) is GRANTED. Plaintiff's preliminary pretrial statement (Doc. 18) IS SEALED. IT IS FURTHER ORDERED that Plaintiff shall file the proposed redacted version as a standalone document on or before November 16, 2026.

DATED this 9th day of November, 2026.

Kathleen L. DeSoto
United States Magistrate Judge